COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of DIANA MANDRA, Respondent, v. WILLIAM BARONELLI, Appellant.—

Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.